UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62117-CV-MIDDLEBROOKS/Reid
(11-60285-CR-MIDDLEBROOKS)

TERRANCE LACLIFFE BROWN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report, issued on January 21, 2021. (DE 9). The Report recommends denying Movant Terrance LaCliffe Brown's Motion to Vacate, pursuant to 28 U.S.C. §2255. Movant has not filed objections to the Report and the deadline to do so expired on February 4, 2021.

After a careful review of Judge Reid's Report and the record in this case, I find the Report to be thorough, accurate and complete, and I agree with the recommendations contained therein.

Further, I find that Movant cannot make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 9) is **ADOPTED** in its entirety.

(2) Movant Terrance LaCliffe Brown's Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 1) is **DENIED.**

(3) No certificate of appealability shall issue.

(4) The Clerk of Court is directed to **CLOSE THIS CASE**.

(5) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 8th day of February, 2021.

*[signature]*

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Lisette Reid
Counsel of Record
Terrance Lacliffe Brown, Pro Se
# 63666-004
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1032
Coleman, FL 33521